*# 151227* *(handwritten)*

Case Number 07-10771 - UTTER, LUCINDA A

| Creditor | Claim No. | | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Internal Revenue Service<br>Insolvency Group 3<br>1240 E. 9th St.<br>Room 457<br>Cleveland, OH 44199 | 000004A | Check<br>\1\1 | 0.11 | 0.13 |
| ---------- Remittance Total ---------- | | | 0.11 | 0.13 |

*(signature)*
ALAN J. TREINISH, TRUSTEE

FILED 10 NOV -2 AM 11:37

Claim 000004A, Payment 118.18182%
Internal Revenue Service
Insolvency Group 3
1240 E. 9th St.
Room 457
Cleveland, OH 44199

ALAN J. TREINISH, TRUSTEE
1370 ONTARIO ST. SUITE 700
CLEVELAND, OH 44113

**BANK OF AMERICA, N.A.**
32-1/1110 TX
0

CHECK NUMBER
**111**

DATE: 11/01/10
AMOUNT: ***********0.13

CASE NUMBER: 07-10771 BAX    Debtor: UTTER, LUCINDA A

**2506067**
PAY TO THE ORDER OF

US BANKRUPTCY COURT
ATTN: CLERK OF COURTS
201 SUPERIOR AVE.
CLEVELAND, OH 44114

*Zero Dollars And 13/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000111⑆ ⑈111000012⑈ 4437430980⑉

07-10771-rb    Doc 45    FILED 11/02/10    ENTERED 11/02/10 12:12:57    Page 2 of 2